RE: ADDRESS CHANGE:  FEBRUARY 16, 2015

CAUSE NO: 24373-HC-3  34,060-07,08,09
CAUSE NO: 16399-HC-2
CAUSE NO: 8807-HC-1

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

DEAR COURT CLERK,

Please Change my ADDRESS, as shown below For ANY Future proceeding's pentaining To The ABove cause #'s.

Thank you For your ATTENTion To This MATTEN.

Sincenly,

RANDY BARNETT
TDCJ-ID #1648039
New ADDRESS → TELFORD UNIT

3899 STATE Hwy 98
New Boston, Texas
75570